No. 00–1217.  DIXON v. REGENTS OF THE UNIVERSITY OF NEW MEXICO.  C. A. 10th Cir.  Certiorari denied.

No. 00–1218.  MCCARTHY v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 00–1219.  WEBB v. A B CHANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 00–1224.  GRACE, EXECUTRIX OF THE ESTATE OF GRACE, ET AL. v. GENSER.  C. A. 2d Cir.  Certiorari denied.

No. 00–1226.  GILBERT v. BALTIMORE COUNTY, MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–1229.  SAFFOLD v. HILLSIDE REHABILITATION HOSPITAL ET AL.  Ct. App. Ohio, Mahoning County.  Certiorari denied.

No. 00–1230.  SLOAN v. CHRISTY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 00–1235.  GIULIANI, MAYOR OF CITY OF NEW YORK, ET AL. v. YOURMAN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–1237.  GRAVES ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–1238.  BOISE CASCADE CORP. v. OREGON, BY AND THROUGH THE OREGON STATE BOARD OF FORESTRY.  Ct. App. Ore.  Certiorari denied.

No. 00–1252.  MEEK v. BISHOP ET AL.  Ct. App. Tex., 12th Dist.  Certiorari denied.

No. 00–1266.  FOGH v. LANE COUNTY CIRCUIT COURT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–1271.  TAYLOR v. HENDERSON, POSTMASTER GENERAL.  C. A. 6th Cir.  Certiorari denied.